# EXHIBIT A

Case Number: CACE-24-002292 Division: 04
Filing # 192237376 E-Filed 02/19/2024 01:47:53 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

**NATASHA THERESA NEMBHARD,** CIVIL DIVISION

Plaintiff, CASE NO.:

v.

**WAL-MART STORES EAST, LP,**

Defendant.
_____________________________________/

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

The Plaintiff, NATASHA THERESA NEMBHARD, by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES EAST, LP** and alleges:

1. This is an action for damages which exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **NATASHA THERESA NEMBHARD**, was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **Wal-Mart Stores East, LP,** was and is a Foreign Limited Partnership organized under the Laws of the State of Florida and doing business in Broward County, Florida.

4. Venue is proper in this Broward County in that the Defendant does business in Broward County, Florida, and/or all of the acts complained of herein occurred in Broward County, Florida.

5. That on or about June 7, 2023, the Plaintiff, **Natasha Theresa Nembhard**, was a business invitee of the Defendant, **Wal-Mart Stores East, LP**'s premises located at 5001 North Federal Highway, Pompano Beach, FL 33064.

**COUNT I - NEGLIGENCE CLAIM AGAINST WAL-MART STORES EAST, LP**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on June 7, 2023, Defendant, **Wal-Mart Stores East, LP**, owned, managed, controlled, operated, and/or maintained the premises located at 5001 North Federal Highway, Pompano Beach, FL 33064 in Broward County.

7. That on or about June 7, 2023, the Plaintiff, **Natasha Theresa Nembhard,** was lawfully in Defendant, **Wal-Mart Stores East, LP's** premises, when she slipped and fell on water.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said water or other similar substance from the floor of the premises; and/or

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **Wal-Mart Stores East, LP**, the Plaintiff, **Natasha Theresa Nembhard**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **Natasha Theresa Nembhard** will suffer the losses into the future.

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

WHEREFORE, Plaintiff, **NATASHA THERESA NEMBHARD**, hereby demands judgment for damages, costs and interest from the Defendant, WAL-MART STORES EAST, LP**,** together with whatever other relief the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

The Plaintiff, **NATASHA THERESA NEMBHARD,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: ____________

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S Dadeland Blvd
Miami, Florida 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: swilliams@rubensteinlaw.com
hrincon@rubensteinlaw.com
eservice@rubensteinlaw.com

By: */s/ Sherria D. Williams*
**SHERRIA D. WILLIAMS**
Florida Bar No.: 71186

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY